COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

NOS. 2-09-043-CR 

2-09-044-CR 

 



 

GAYLA RAELYNN McCLENDON                                             APPELLANT

 

                                                   V.

 

THE STATE OF TEXAS                                                                STATE

 

                                              ------------

 

           FROM THE 213TH
DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM OPINION[1]

 

                                              ------------








Appellant Gayla Raelynn McClendon attempts to
appeal from her convictions for securing execution of a document by deception
and possession of methamphetamine with intent to deliver.  We must dismiss an appeal if the trial court=s
certification shows that the appellant has no right of appeal.[2]  Here, appellant pleaded guilty to both
offenses as part of a plea-bargain agreement, which the trial court followed,
and the trial court certified that appellant has no right to appeal. The record
supports the trial court=s certification.

We notified appellant by letter that her appeal
was subject to dismissal based on the trial court=s
certification unless she filed a response showing grounds for continuing the
appeal.  No response has been filed.  Accordingly, we dismiss the appeal.[3]

 

PER
CURIAM

 

PANEL:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: April 9, 2009     











[1]See Tex. R. App. P. 47.4.





[2]See Tex. R. App. P.
25.2(a)(2), (d).





[3]See id.; Tex. R. App. P. 43.2(f).